THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. VINCENZO AMORE, Appellant.

(Argued November 26, 1929; decided January 7, 1930.)

*Alfred V. Norton* for appellant.

*Albert C. Fach, District Attorney* (*Lester L. Callan* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CARDOZO, Ch. J.